Ocasio v Achaibar (2025 NY Slip Op 05158)

Ocasio v Achaibar

2025 NY Slip Op 05158

Decided on September 25, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 25, 2025

Before: Webber, J.P., Kapnick, Gesmer, Higgitt, Hagler, JJ. 

Index No. 805753/22|Appeal No. 4737|Case No. 2024-05841|

[*1]Lizzette Ocasio, Plaintiff-Respondent,
v
Gavaskar Achaibar Also Known as Gavasakr Achaibar, Defendant-Appellant.

The Gold Law Firm, P.C., Bellmore (James Stewart and Karen C. Higgins of counsel), for appellant.
Greenberg Law P.C., New York (Jennifer A. Shafer of counsel), for respondent.

Order, Supreme Court, Bronx County (Kim Adair Wilson, J.), entered September 12, 2024, which denied defendant landlord's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.
Defendant failed to establish prima facie entitlement to summary judgment. The record presents issues of fact as to how the accident occurred, the placement and condition of the bathtub splashguards, and whether defendant's alleged negligence was a proximate cause of plaintiff's injuries (see Vega v Restani Constr. Corp., 18 NY3d 499 [2012]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: September 25, 2025